UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| SHARON BRIDGEWATER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:18-cv-00953 |
| v. ) | |
| ) | Honorable Paul L. Maloney |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**REPORT AND RECOMMENDATION**

Plaintiff filed this action on April 12, 2018, in the District of Columbia, alleging that defendants had engaged in a criminal conspiracy to wrongfully deny her request for waiver of an overpayment of Social Security Insurance. (ECF No. 1). Plaintiff filed an application to proceed *in forma pauperis* that same date. (ECF No. 2). On May 10, 2018, this action was transferred to the Western District of Michigan, leaving this Court to the determination of plaintiff's *in forma pauperis* application (ECF No. 6).

On August 27, 2018, this Court ordered plaintiff to file an amended application to proceed *in forma pauperis* using the required AO form 239 within seven days. (ECF No. 9). The Court provided instructions on how to access the form. (*See id.*, PageID.37). Plaintiff failed to file an amended application.

On September 17, 2018, this Court entered an order requiring plaintiff to show cause, no later than October 1, 2018, why this matter should not be dismissed

pursuant to Federal Rule of Civil Procedure 41(b) and Western District of Michigan Local Civil Rule 41.1 for want of prosecution and failure to comply with the rules of this Court. (ECF No. 10). Plaintiff has failed to respond.

### Recommended Disposition

Accordingly, I recommend the plaintiff's complaint (ECF No. 1) be dismissed with prejudice for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.1, and that no fees or costs be awarded to the defendant.

**This Report and Recommendation serves as plaintiff's final notice of impending dismissal. Failure to timely respond to this Report and Recommendation would constitute a waiver of any of plaintiff's rights in this matter, including a right to appeal.**


Dated: October 30, 2018        /s/ Phillip J. Green
                               PHILLIP J. GREEN
                               United States Magistrate Judge

### NOTICE TO PARTIES

ANY OBJECTIONS to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b). All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b). Failure to file timely and specific objections may constitute a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008). General objections do not suffice. *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).