UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON BRIDGEWATER,

    Plaintiff,

v.

    Case No. 1:18-cv-953

    HONORABLE PAUL L. MALONEY

DONALD J. TRUMP, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, that this Court dismiss the case with prejudice for lack of prosecution. The Report and Recommendation issued on October 30, 2018, and was duly served on the Plaintiff. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 11) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this action is DISMISSED WITH PREJUDICE.

A Judgment will be entered consistent with this Order.

Dated: November 26, 2018                      /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge