UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON BRIDGEWATER,

    Plaintiff,

v.

DONALD J. TRUMP, et al.,

    Defendants.

_____/

Case No. 1:18-cv-953

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: November 26, 2018

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge